# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Bradley Stuart Bennett, (DOB: XX/XX/XXXX)<br>Elizabeth Rose Williams, (DOB: XX/XX/XXXX)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:21−mj−00326<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/19/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                *Offense Description*

**Defendant Bradley Stuart Bennett**: 18 U.S.C. §§ 1752(a)(1), and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions); 40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds; 40 U.S.C. § 5104(e)(2)(B) - Enter or Remain in the Gallery of either House of Congress; and 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Official Proceeding.

**Defendant Elizabeth Rose Williams**: 18 U.S.C. §§ 1752(a)(1), and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions); and 40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

William C. Borromeo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/19/2021

*Judge's signature*

City and state:        Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*