AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>BRADLEY STUART BENNETT<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00326
Assigned To : Meriweather, Robin M.
Assign. Date : 3/19/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BRADLEY STUART BENNETT                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority and with Intent to Impede or Disrupt the Orderly Conduct of Government Business or
Official Functions);
40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(B) - Enter or Remain in the Gallery of either House of Congress;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Official Proceeding.

Date:     03/19/2021                                                   2021.03.19
                                                                               11:41:22 -04'00'
                                                                               *Issuing officer's signature*

City and state:          Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                               *Printed name and title*

---

### Return

This warrant was received on *(date)* 4/5/21          , and the person was arrested on *(date)* 4/12/21
at *(city and state)*  Charlotte, NC          .

Date: 4/12/21                                                  _____
                                                                               *Arresting officer's signature*

                                                                               Addison Friedman , DUSM -FBI TFO
                                                                               *Printed name and title*